UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICK LAMONT COTTON,

    Petitioner,

v.

    Case No. 18-cv-13145
    Hon. Matthew F. Leitman

CATHERINE S. BAUMAN,

    Respondent.
_____/

### ORDER DIRECTING PETITIONER TO SUBMIT A COPY OF THE CONVICTION INTEGRITY UNIT'S LETTER TO THE CLERK OF THIS COURT

    Petitioner Roderick Lamont Cotton is a state prisoner in the custody of the Michigan Department of Corrections.  In 2018, he filed a *pro se* habeas corpus petition challenging his Oakland County, Michigan convictions for two counts of criminal sexual conduct.  (*See* Pet., ECF #1.)  Respondent has asked the Court to deny the petition.  (*See* Answer in Opp'n to Pet., Dkt. 10.)

    Currently before the Court is Cotton's recent letter in which he asks to have his habeas petition held in abeyance pending an investigation by the Oakland County Prosecutor's Conviction Integrity Unit.  (*See* Request, Dkt. 17.)  Cotton states that he received a letter about his case from Beth G. Morrow, Director of the Conviction Integrity Unit.  He seems to be saying that the Unit intends to review his case.  Before

ruling on Cotton's request for a stay, the Court would like to see a copy of the letter that Ms. Morrow sent to Cotton.

Accordingly, **IT IS ORDERED** that Cotton shall mail a copy of Ms. Morrow's letter to the Clerk of this Court within three weeks of the date of this order.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 2, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 2, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126